FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 4, 2023

No. 04-22-00637-CV

Samantha **SALINAS**,
Appellant

v.

Kathryn Gene **TORRES**, Morris Stanley McManigal, III & Dana Cheryle Mule,
Appellees

From the County Court, Karnes County, Texas
Trial Court No. CV-2022-0076
Wade J. Hedtke, Judge Presiding

# O R D E R

Appellant's brief was originally due on October 28, 2022. On December 12, 2022, we issued an order informing appellant that her brief was overdue and ordering her to show cause in writing on or before December 27, 2022, why this appeal should not be dismissed for want of prosecution. Appellant filed a response to our order, asking that the appeal not be dismissed for want of prosecution. However, to date, appellant has not filed an appellant's brief.

Appellant is ORDERED to file an appellant's brief that complies with Rule 38.1 of the Texas Rules of Appellate Procedure on or before **January 19, 2023.**

**If appellant fails to file the required appellant's brief on or before January 19, 2023, this appeal will be dismissed for want of prosecution**. *See* TEX. R. APP. P. 38.8(a).

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of January, 2023.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court